IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHARLENE CARROLL,

    Plaintiff,

vs.

    No. 1:16-cv-1139 KG/KBM

BOARD OF COUNTY COMMISSIONERS
OF RIO ARRIBA COUNTY, RANDY R.
SANCHES, BRANDON ARCHULETA
AND THOMAS R. RODELLA,

    Defendants.

## DECLARATION OF RANDY SANCHES

Randy Sanches, of full age, declares the following:

1. I am a Captain with the Rio Arriba County Sheriff's Office.

2. Attached as Exhibit A is a true and accurate copy of the 10 code that was in use by the Rio Arriba County Sheriff's Office on August 25, 2014.

3. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of January, 2017 in Espanola, New Mexico.

_____
RANDY SANCHES

**EXHIBIT 5**

# ESPANOLA/RIO ARRIBA E-911 CENTER
COMMUNICATION SPECIALIST TRAINEE PACKET
MODULE 1 - 10 CODES

- 10-1   RECEIVING POORLY
- 10-2   RECEIVING WELL
- 10-3   STOP TRANSMITTING
- 10-4   OKAY
- 10-5   RELAY
- 10-6   BUSY
- 10-7   OUT OF SERVICE
- 10-8   IN SERVICE
- 10-9   REPEAT
- 10-10  OUT OF SERVICE (LUNCH)
- 10-11  DISPATCHING TO RAPIDLY
- 10-12  VISITOR
- 10-13  WEATHER/ROAD CONDITIONS
- 10-14  ESCORT
- 10-15  PRISONER IN CUSTODY
- 10-17  PAPERS
- 10-18  LIVESTOCK ON ROADWAY
- 10-19  RETURN TO STATION
- 10-20  LOCATION
- 10-21  PHONE CALL
- 10-22  CANCEL
- 10-23  STAND BY
- 10-24  TROUBLE AT THIS STATION
- 10-25  MAKE CONTACT WITH...
- 10-27  ANY ANSWER REFERENCE LAST REQUEST
- 10-28  CHECK REGISTRATION
- 10-29  CHECK FOR WANTED
- 10-30  DOES NOT CONFORM TO RULES AND REGULATIONS
- 10-31  BOMB SCARE
- 10-33  EMERGENCY TRAFFIC
- 10-35  CONFIDENTIAL INFORMATION
- 10-36  CORRECT TIME
- 10-37  OPERATOR ON DUTY
- 10-40  PROGRESS ON ASSIGNMENT
- 10-41  FEMALE
- 10-42  HOME
- 10-43  DRAG RACING
- 10-44  ACCIDENT WITHOUT INJURIES
- 10-45  ACCIDENT WITH INJURIES
- 10-46  WRECKER REQUESTED
- 10-47  DRUNK DRIVER
- 10-48  USE CAUTION
- 10-49  ANY TRAFFIC
- 10-50  NO TRAFFIC
- 10-52  DROWNING
- 10-53  OFFICER CLEAR FROM LAST
- 10-54  HAVE VEHICLE STOPPED/POSSIBLY DANGEROUS/FELONY TRAFFIC STOP
- 10-55  AMBULANCE
- 10-56  CHANGE LOCATION
- 10-57  DRUNK PEDESTRIAN
- 10-58  VIOLENT MENTAL PATIENT
- 10-59  NON-VIOLENT MENTAL PATIENT
- 10-60  EMERGENCY ASSISTANCE NEEDED
- 10-61  OFFICER HAS BEEN INJURED
- 10-63  DISPATCH MEDICAL INVESTIGATOR (OMI)
- 10-65  CLEAR FOR INFORMATION
- 10-66  CANCEL
- 10-70  CRIME IN PROGRESS
- 10-72  PLACE ROADBLOCK
- 10-73  LIFT ROADBLOCK
- 10-75  STOLEN VEHICLE
- 10-76  ENROUTE
- 10-77  SWITCH TO CHANNEL ____
- 10-78  WELFARE CHECK
- 10-80  ARMED AND DANGEROUS
- 10-81  OFFICER AT STATION
- 10-82  2nd STATION
- 10-87  MEET WITH _____, AT _____
- 10-88  PHONE NUMBER
- 10-97  OFFICER ON SCENE
- 10-98  ASSIGNMENT COMPLETED
- 10-100 RIOT CONDITIONS EXIST



EXHIBIT A