IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHARLENE CARROLL,

    Plaintiff,

vs.                                 No. CIV 16-1139 KG/KBM

BOARD OF COUNTY COMMISSIONERS
OF RIO ARRIBA COUNTY, *et al.*,

    Defendants.

### **ORDER SETTING A TELEPHONIC STATUS CONFERENCE**

IT IS HEREBY ORDERED that a status conference will be held by telephone on **THURSDAY, JANUARY 25, 2018, AT 1:30 PM**. The parties shall call Judge Gonzales' Meet Me line at 505-348-2354 to be connected to the proceedings. *This line can only accommodate up to five (5) telephone lines, including the Courts; if the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.*

_____
UNITED STATES DISTRICT JUDGE