IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHARLENE CARROLL,

    Plaintiff,

v.                                  No. 1:16-cv-1139 KG/KBM

BOARD OF COUNTY COMMISSIONERS
OF RIO ARRIBA COUNTY, RANDY R.
SANCHES, BRANDON ARCHULETA
AND THOMAS R. RODELLA,

    Defendants.

## **SUMMARY JUDGMENT AS TO FOURTH AMENDMENT CLAIMS**

Having granted Defendants' Motion for Summary Judgment (Qualified Immunity Raised) (Doc. 21) by entering a Memorandum Opinion and Order contemporaneously with this Summary Judgment as to Fourth Amendment Claims,

IT IS ORDERED that

1. summary judgment is entered in favor of Defendants Randy R. Sanches and Brandon Archuleta as to the Fourth Amendment claims raised in the Second Cause of Action of the Complaint for Damages Under the New Mexico Tort Claims Act and 42 U.S.C. § 1983 (Doc. 1-1); and

2. those claims are dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE